# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRAY GRAHAM o/b/o Z.K., a minor : | CIVIL ACTION | |
| : | | |
| v. : | | |
| : | | |
| KILOLO KIJAKAZI, : | | |
| Acting Commissioner of Social Security : | NO. 21-4843 | |

## JUDGMENT ORDER

**AND NOW**, this 23d day of June, 2022, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g),

**IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

/s/ Scott W. Reid

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE